Jeffrey W. Shields, Bar No. 109920
Rick A. Varner, Bar No. 160403
SHIELDS LAW OFFICES
1920 Main Street, Suite 1160
Irvine, California 92614
(949) 724-7900; Fax (949) 724-7905
E-mail: jeff@shieldslawoffices.com

Attorneys For Plaintiffs
Loev Family Partnership Ltd., Joanie Alexander,
Harold S. Minkowitz and Brigitte S. Minkowitz

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOEV FAMILY PARTNERSHIP LTD., a Texas limited partnership; JOANIE ALEXANDER, an individual; HAROLD S. MINKOWITZ, an individual; and BRIGITTE S. MINKOWITZ, an individual,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>THE LIVING EARTH, LLC, a Nevada limited liability company; and STEVEN POWERS, an individual,<br><br>　　　　Defendants. | Case No. 2:24-CV-02702-FMO-PD<br><br>ORDER ON STIPULATION [32] FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |

　　　　WHEREAS, the parties having submitted their "Stipulation For Dismissal Of Entire Action Without Prejudice";

　　　　NOW, THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed in its entirety without prejudice.

DATED: September 18, 2024　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

31698